THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Massachusetts Correction Officers Federated Union, Michael Mosher, Zac Gustafson, Denina Dunn, and Angela Pucci,<br><br>    Plaintiffs,<br><br>v.<br><br>Charles D. Baker, in his Official Capacity as Governor of the Commonwealth of Massachusetts, and Carol A. Mici, in her individual capacity as Commissioner of the Massachusetts Department of Correction,<br><br>    Defendants | USDC Case No. _____ |

**(PROPOSED) ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

This matter having come before the Court on Plaintiffs' Motion for Preliminary Injunction [Dkt. # ____], and the Court having reviewed the pleadings and heard arguments from counsel, the Court hereby **GRANTS** Plaintiffs' Motion for Preliminary Injunction.

The Plaintiffs have satisfied all of the requirements for preliminary injunctive relief. In particular, the Plaintiffs have demonstrated that they are substantially likely to succeed in proving that the executive order at issue here violates the Contract Clause of the United States Constitution and the individual plaintiffs' substantive due process rights. Plaintiffs have demonstrated that, without relief, they would suffer substantial, irreparable harm and have no adequate remedy at law. The public interest favors an injunction, as the public interest always favors the enforcement of constitutional and civil rights, and the Defendants have numerous other means available to achieve their stated policy goals.

Accordingly, the Defendants are preliminarily enjoined from requiring that the named Plaintiffs, and all other persons employed in positions within Statewide Bargaining Unit 4, must receive the COVID-19 vaccine as a condition of continued employment.

**ENTERED** this \_\_\_\_\_ day of \_\_\_\_, 2021.

_____