UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

MASSACHUSETTS CORRECTION OFFICERS
FEDERATED UNION, MICHAEL MOSHER,
ZAC GUSTAFSON, DENINA DUNN, &
ANGELA PUCCI,

                    Plaintiffs,

            v.

CHARLES D. BAKER, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF
MASSACHUSETTS, & CAROL A. MICI, IN HER
OFFICIAL CAPACITY AS COMMISSIONER OF
THE MASSACHUSETTS DEPARTMENT OF
CORRECTION,

                    Defendants.

CIVIL ACTION
NO. 4:21-cv-11599-TSH

---

## DECLARATION OF JOHN LANGAN

I, John Langan, swear that the following statements are true to the best of my knowledge:

1. I have been employed by the Commonwealth of Massachusetts, Human Resources Division (HRD) in the Office of Employee Relations (OER) since 1999.

2. I have served as the Director of OER since 2016.  In that capacity I am responsible for leading and overseeing bargaining for the Commonwealth's 13 Executive Branch bargaining units, including the Massachusetts Correction Officers Federated Union (MCOFU), which is also known as Statewide Bargaining Unit 4.  This bargaining includes the negotiation of successor collective bargaining agreements, as well as bargaining over issues relating to the terms and conditions of employment of MCOFU members.

3. I have personally been involved in the negotiation of the MCOFU collective bargaining agreement for the past 22 years.

4. On or about September 30, 2021, MCOFU and the Commonwealth reached tentative agreement as to the terms of a successor collective bargaining agreement (CBA) covering the period from July 1, 2021 to June 30, 2024. Finalization of this CBA is subject to ratification of that tentative agreement by MCOFU membership, and the receipt of funding for cost items in that agreement by the Massachusetts Legislature.

5.  On or about Monday, August 23, 2021, I emailed MCOFU counsel Alan McDonald and MCOFU President Derek O'Connor stating as follows: "Alan and Derek, attached please find a draft copy of the Vaccine Verification Policy. Please let me know a good time for us to meet." Exhibit A August 23, 2021 Email and Attachment.

6.  On or about August 24, 2021, MCOFU through McDonald emailed me a demand to bargain over the decision to issue Executive Order 595 and the impacts of that decision.

7.  On or about August 25, 2021, I responded as follows:

    Thank you Alan and team. While we do not agree with your position that there is a decisional bargaining obligation, we believe that it is imperative that we meet as soon as possible over this critical policy. We are prepared to meet with you and your team as soon as you are available.

    Exhibit B August 24-25 2021 Emails.

8.  On or about Wednesday, September 8, 2021, I contacted MCOFU via email and stated

    Alan and team, I have invited you to meet on this issue on three previous occasions (August 19th, August 23rd, and August 25th). I would be more than happy to meet via Zoom or another virtual platform if that would be more convenient. Please let me know as soon as possible.

    Exhibit C September 8 2021 Email.

9.  On or about Friday, September 11, 2021, McDonald contacted me and stated

    The Union is willing to meet for negotiations over the decision to impose the vaccination mandate and its impacts on the bargaining unit. However, as already stated we do not believe that good faith bargaining can occur until, if and when, the Governor rescinds his order.

    Exhibit D September 11 and 13 2021.

10. On or about September 13, 2021, I responded to McDonald in writing, offering to meet on September 15, 2021, stating

    Alan and team - thank you. I would like to schedule a meeting as soon as possible to discuss this issue - how about this Wednesday, September 15th? Although the afternoon works best for me, I will make myself available anytime that is convenient for you and your team.

    Id.

11. On or about September 14, 2021, McDonald contacted me via telephone to inform me that MCOFU would be filing a charge at the DLR regarding Executive Order 595 and that "a meeting would not be helpful." I responded that I was disappointed by that decision, as I felt that a meeting would be productive.

12. On or around September 14, 2021, MCOFU filed a Charge of Prohibited Practice with the Massachusetts Department of Labor Relations (DLR). *See* Exhibit E Prohibited Practices Charge.

13. HRD received a copy of that Charge on or about September 14, 2021.

14. The parties attended a mandatory pre-investigation mediation at 10:00 am on October 6, 2021. The investigative conference is scheduled for October 21, 2021.

Signed under penalties of perjury this 12th day of October, 2021.



/s/ *John Langan*
John Langan

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document, filed electronically through the Court's electronic case filing system on October 13, 2021, will be sent electronically to counsel for all parties registered on the Court's electronic filing system, and paper copies of the document will be sent by first class mail, postage pre-paid, to non-registered parties.

*/s/ Jennifer E. Greaney*
Jennifer E. Greaney
Assistant Attorney General