UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CORRECTION OFFICERS FEDERATED UNION, MICHAEL MOSHER, ZAC GUSTAFSON, DENINA DUNN, & ANGELA PUCCI,<br><br>                       Plaintiff,<br><br>v.<br><br>CHARLES D. BAKER, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MASSACHUSETTS, & CAROL A. MICI, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF CORRECTION,<br><br>                       Defendants. | CIVIL ACTION<br>NO. 4:21-cv-11599-TSH |

## DEFENDANTS' ASSENTED-TO MOTION TO EXPAND TIME TO RESPOND TO COMPLAINT

      Defendants Charles D. Baker, in his official capacity as Governor of Massachusetts, and Carol A. Mici, in her official capacity as Commissioner of the Massachusetts Department of Correction, hereby move for a 60-day expansion of the time set forth in Fed. R. Civ. P. 12(a)(1)(A) for their response to the Complaint. In support of their Motion, the Defendants state as follows:

      1.     The above-captioned case was commenced on September 29, 2021.

      2.     On September 29, 2021, by telephone or cellular phone call, the undersigned counsel agreed to accept informal service of process on behalf of the Defendants.

1

3. By e-mail dated September 30, 2021, counsel for the Plaintiffs supplied counsel for the Defendants with two Summonses – one directed to each of the Defendants. The undersigned confirmed her acceptance of service by reply e-mail.

4. Pursuant to Fed. R. Civ. P. 12(a), and as reflected on the Court's docket sheet, a response to the Complaint is due to be filed on October 21, 2021. (Dckt. Nos. 10, 11)

5. On Thursday, October 14, 2021, this Court heard oral argument on Plaintiffs' Motion for Preliminary Injunction. (Dckt. No. 2)

6. On Friday, October 15, 2021, this Court denied Plaintiffs' Motion for Preliminary Injunction. (Dckt. No. 28)

7. On Tuesday, October 19, 2021, the undersigned counsel conferred with counsel for the Plaintiffs with respect to the Rule 12 response date, and learned that the Plaintiffs are considering their option to bring an appeal from the Court's decision on the Motion for Preliminary Injunction.

8. The undersigned counsel for the Defendants informed counsel for the Plaintiffs that the Defendants' response to the Complaint may take the form of a dispositive motion pursuant to Fed. R. Civ. P. 12(b).

9. Because of the effort expended by Defendants' counsel in responding to Plaintiffs' Motion for Preliminary Injunction, Defendants' counsel require additional time beyond October 21, 2021, to prepare and file a document responsive to the Complaint.

10. Additionally, counsel for the parties have agreed that it would be most efficient and respectful of the Court's resources to defer Defendants' obligation to respond to the Complaint until at least such time as Plaintiffs have had an opportunity to pursue an interlocutory appeal or the deadline for doing so has passed.

11. Accordingly, Defendants request an expansion of time to respond to the Complaint of 60 days, through and including December 20, 2021, without prejudice to the grant of a further expansion in the event that an appeal from the Court's order on the Motion for Preliminary Injunction is pending at or near that time.

12. As indicated above and in the Certification below, Plaintiffs have assented to this motion.

WHEREFORE, Defendants respectfully request that they be granted an expansion of time to respond to the Complaint through and including December 20, 2021.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

*/s/ Jennifer E. Greaney*
Jennifer E. Greaney (BBO No. 643337)
*Assistant Attorney General*
Christine Fimognari (BBO No. 703410)
*Special Assistant Attorney General*
Grace Gohlke (BBO No. 704218)
*Assistant Attorney General*
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2981/2022/2084
Jennifer.Greaney@mass.gov
Christine.Fimognari@mass.gov
Grace.Gohlke@mass.gov

DATED: October 21, 2021

ASSENTED-TO BY:

MASSACHUSETTS CORRECTION OFFICERS
FEDERATED UNION,
MICHAEL MOSHER, ZAC GUSTAFSON,
DENINA DUNN, AND ANGELA PUCCI,

By their attorneys:

*/s/ James F. Lamond*
Alan J. McDonald
James F. Lamond
Dennis M. Coyne
MCDONALD LAMOND CANZONERI
352 Turnpike Road, Suite 210
Southborough, MA 01772-1756
(508) 485-6600
amcdonald@masslaborlawyers.com
jlamond@masslaborlawyers.com
dcoyne@masslaborlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that the above document, filed electronically through the Court's electronic case filing system on October 21, 2021, will be sent electronically to counsel for all parties registered on the Court's electronic filing system, and paper copies of the document will be sent by first class mail, postage pre-paid, to non-registered parties.

> */s/ Jennifer E. Greaney*
> Jennifer E. Greaney
> Assistant Attorney General

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify pursuant to Local Rule 7.1 that I consulted with counsel to the Plaintiffs in connection with this motion by telephone/cellular phone conversation on October 19, 2021 and by e-mail on October 20-21, 2021. Plaintiffs' counsel have confirmed that Plaintiffs assent to this motion.

> */s/ Jennifer E. Greaney*
> Jennifer E. Greaney
> Assistant Attorney General